582

472 A.2d 236

Commonwealth v. Lundergan, Appellant.

Submitted September 23, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.

472 A.2d 237

Commonwealth v. Morris, Appellant.

Submitted November 4, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.